IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

LIBERTY MUTUAL FIRE                *
INSURANCE COMPANY,                 *
                                   *
     Plaintiff,                    *
                                   *
v.                                 *
                                   *   CV 116-051
DEAN UYENO and ANDREW              *
MCFARLAND,                         *
                                   *
     Defendants.                   *
                                   *
                                   *

**O R D E R**

On March 16, 2017, the Court ordered Plaintiff to provide evidence showing that the amount in controversy in this case exceeds $75,000. (Doc. 15.) Because Plaintiff is unable to provide such evidence, it moves to dismiss this case without prejudice. (Doc. 16.) The Court **GRANTS** Plaintiff's motion, and this case shall be **DISMISSED WITHOUT PREJUDICE**. The Clerk is instructed to **TERMINATE** all motions and deadlines and **CLOSE** this case.

**ORDER ENTERED** at Augusta, Georgia this __10th__ day of April, 2017.

HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA